THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GORDON COOKE and WINSTON A. SEALY, Appellants.

Submitted May 15, 1944; decided June 8, 1944.

*Harry G. Anderson* for motion.

*Thomas Cradock Hughes, Acting District Attorney (Henry J. Walsh* of counsel), opposed.

Motion for reargument denied.

Appeal from order of May 3, 1944, dismissed.